B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Middle District of Florida, Ft. Myers Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Sanibel Sundial Partners, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Sundial Beach and Golf Resort; AKA Sundial Beach Resort & Spa** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**90-0856474** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1451 Middle Gulf Dr.**<br>**Sanibel, FL**<br>ZIP Code: **33957** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code: |
| County of Residence or of the Principal Place of Business:<br>**Lee** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code: | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code: |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:
Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Sanibel Sundial Partners, LLC |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) — Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Sanibel Sundial Partners, LLC |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date _____

X _____[signature]_____
Signature of Attorney*
Signature of Attorney for Debtor(s)
**Stephen R. Leslie, Bar No. 000349**
Printed Name of Attorney for Debtor(s)
**Stichter, Riedel, Blain & Prosser, P.A.**
Firm Name
**110 E. Madison St.
Suite 200
Tampa, FL 33602**
Address

**(813) 229-0144  Fax: (813) 229-1811**
Telephone Number
9/26/13
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____[signature]_____
Signature of Authorized Individual
**Edward J. McGahan, III**
Printed Name of Authorized Individual
**Manager of Corestates Realty Group, LLC, Manager**
Title of Authorized Individual
9/27/13
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

A D Properties, LLC
Mr. Alfred DiCenso
875 Holly Drive So.
Annapolis, MD 21409

A&J Holdings
High Meadows Church Rd
Cookham Dean, Bershire SL69PJ
United Kingdom

A&J Real Estate Holdings
Todd J. Arend Gen Ptr
2448 Wenbury Rd.
Columbus, OH 43220

Advanced Roofing and Sheet Metal
2320 Bruner Lane
Fort Myers, FL 33912

Advantaira, LLC
6 Ayr Court
Airmont, NY 10901

Alan Marti Trust
1501 Middle Gulf Dr., Unit E305
Sanibel, FL 33957

Alexander B. Frantzis Trust
2814 Wildflower Court
Glenview, IL 60026

Allan Rotman
2434 Henslowe Drive
Potomac, MD 20854

Ann Hettwer
36 Dickinson Court
Red Bank, NJ 07701

Ann Vest
4201 N. Brookwood Drive
Bloomington, IN 47404

Anthony Brunsing
P.O. Box 68
Lake View, NY 14085

Anton Heldman
7 Cedar Ridge Rd
Lebanon, NJ 08833-4380

Barbara Iverson
677 Riford
Glen Ellyn, IL 60137

Benchmark General Contractors, Inc.
16836 McGregor Blvd.
Fort Myers, FL 33908

Benchmark General Contractors, Inc.
c/o Jeffrey Rice, Esq.
P.O. Box 2366
Fort Myers, FL 33902-2366

Bernice Chen
75 Cambridge Parkway, E908
Cambridge, MA 02142

Best Boat Club & Rentals
101 N. Riverside Dr., Ste 107
Pompano Beach, FL 33062

Beverly J. Kuperman
9 Sterling Forest Lane
Suffern, NY 10901

Beverly's Tropical Glass Design, Inc.
4711 Pineridge Rd. Ext.
Naples, FL 34119

Bonnie Kunzler-Stein
c/o Carol A. Blaine
45 W. 60th Street, Apt. 10K
New York, NY 10023

Breeze Newspaper Islander
P.O. Box 151306
Cape Coral, FL 33915

Brotz, Joe & Christine
4321 Stoney Ridge Trail
Oshkosh, WI 54904

Bruce McLaughlin
17 Hemenway Rd
Salem, MA 01970

BSSW Architects, Inc.
1500 Jackson St., #200
P.O. Box 2366
Fort Myers, FL 33901

BSSW Architects, Inc.
c/o Jeffrey Rice, Esq.
P.O. Box 2366
Fort Myers, FL 33902-2366

CAM Hospitality Advisors & Mgmt
101 Double Tree Dr.
Pittsburgh, PA 15205

CAM Hospitality Advisors & Mgmt
c/o Sandy Garfinkel, Esq.
600 Grant St., 44th Floor
Pittsburgh, PA 15219

Carl Cappadona
212 Belmar Avenue
Oakhurst, NJ 07755

Carl Neumann
16949 Imperial Circle
Naperville, IL 60563

Carmine Rende
1401 Middle Gulf Dr. S-403
Sanibel, FL 33957

| | | |
|---|---|---|
| Carol Darr<br>6718 East Waco Drive<br>Syracuse, IN 46567 | Cenveo Corp.<br>PO Box 802035<br>Chicago, IL 60680-2035 | Charles Hofbauer<br>c/o Thomas Smith<br>PO Box 518<br>Menomonee, WI 53501 |
| Cintas Corporation 294<br>PO Box 630910<br>Cincinnati, OH 45263 | Clare Coxey<br>P.O. Box 16<br>Bessemer, MI 49911 | Coastline Tree Service<br>P.O. Box 07303<br>Fort Myers, FL 33919 |
| Conversion Logix LLC<br>17921 Bothell Everett Hwy, Ste 105<br>Bothell, WA 98012 | CoreStates Realty Group, LLC<br>c/o Casla Partners LP<br>154 Grand St.<br>New York, NY 10013 | Corrwg, Inc.<br>Mr. Emerys Fuge<br>Menlo St. Anne's Close<br>Langland Swansea |
| Courtesy Boat Rentals and Yacht<br>Charters, Inc.<br>101 N. Riverside Dr., #107<br>Pompano Beach, FL 33062 | Crown Linen<br>3235 NW 62nd Street<br>Miami, FL 33147 | Cypress Plumbing<br>2655 Meadow Lane<br>Fort Myers, FL 33901 |
| D Cummins/ Trout-Cummins Trust<br>1655 Thornburg Lane<br>Franklin, IN 46131 | Dale Anderson<br>23 Sloping Hill Terrace<br>Wayne, NJ 07470 | Daniel Harpaz<br>6 Ayr Ct<br>Airmont, NY 10901 |
| David & Mary Beth Cox<br>20188 N. 1170th Street<br>Marshall, IL 62441 | David & Sheryl Jackson<br>346 Childe Harolds Circle<br>Brentwood, TN 37027 | David and Sandra King<br>3310 Cypress Creek Rd<br>Champaign, IL 61822 |
| David Boxell<br>1404 49th Court South<br>Western Springs, IL 60558 | Dean Stanley<br>8738 Potters Cove Court, CT-T12<br>Indianapolis, IN 46234 | Delphi Beta Fund<br>115 Pheasant Run, #112<br>Newtown, PA 18940 |
| Denise Lynch<br>2780 Allen Avenue<br>Union, NJ 07083 | Dennis J. Waltke<br>6282 Deerfield Dr.<br>Greenwood, IN 46143 | Dianne S. Frantzis<br>2814 Wildflower Ct<br>Glenview, IL 60026 |
| Donald G. Vidt<br>118 W. Streetsboro St., Ste 244<br>Hudson, OH 44236 | Donovan & Melanie Hiemenz<br>12755 Conway Lake Court<br>Saint Louis, MO 63141 | Doris Hiebel<br>c/o Chris Kowal<br>3060 Peachtree Rd., #830<br>Atlanta, GA 30305 |
| Douglas Firth<br>1952 Baldwin<br>Birmingham, MI 48009 | Douglas McIntyre<br>#2-1102 Ashforth Dr.<br>Torrance, Ontario P9CIM0<br>Canada, | Dr. & Mrs. Francis M. Jampol<br>12 Timberline Drive<br>Flanders, NJ 07836 |

| | | |
|---|---|---|
| Dr. & Mrs. Mario Leguizamon<br>9126 Stovre Lane<br>Brecksville, OH 44141 | Dr. James Haggerty<br>1243 Sand Castle Rd<br>Sanibel, FL 33957 | Dr. Mark Snelson<br>7005 Dean Rd.<br>Indianapolis, IN 46220 |
| Dr. Rudolfo Burgos<br>N9W29304 Thames Rd.<br>Waukesha, WI 53186 | DS Design<br>1010 Stoney Hill Road #315<br>Yardley, PA 19067 | Duane Thurow<br>Post Office Box 1003<br>Aberdeen, SD 57402 |
| Edward & Carol Arkenau<br>8719 Boehning Lane<br>Indianapolis, IN 46219 | Edward Arkenau<br>792 W. 900 North<br>Fortville, IN 46040 | Edward L. Kawala Trust<br>2105 Larkdale Drive<br>Glenview, IL 60025 |
| Eileen & Steen Metz<br>20 Trafalgar Square<br>Lincolnshire, IL 60069 | Eleanor Rende<br>1401 Middle Gulf Drive, S-403<br>Sanibel, FL 33957 | Eugene A. Brewer<br>39 Orchards Rd.<br>Wolfeboro, NH 03894 |
| Evangeline Meier<br>340 Sunset Drive<br>Fort Lauderdale, FL 33301 | Fan Distributor, Inc<br>Donna Gounaris Bonvie<br>82 Meadowbrook Dr.<br>Mashpee, MA 02649 | Ferenc Bankuti<br>14340 C-Harbour Links Court<br>Fort Myers, FL 33908 |
| Fish Lady Seafood Co., The<br>1970 Dana Drive<br>Fort Myers, FL 33907 | Florida Department of Revenue<br>5050 W. Tennessee St.<br>Tallahassee, FL 32399 | Fred St. Pierre<br>616 Lynchburg Court<br>Naperville, IL 60540 |
| Fuller Properties, Ltd.<br>104 Farmingdale Blvd.<br>Winnipeg, Manitoba R392G3<br>Canada, | Gary Sweetman<br>7820 Senrab Drive<br>Bradenton, FL 34209 | George & Cathy Riggs<br>67 Lantrn Lane<br>Wethersfield, CT 06109 |
| George Canino<br>2101 Clover Lane<br>Woodridge, IL 60517 | George Lucht<br>8457 Rice Lake Rd<br>Osseo, MN 55369 | George Podlin<br>403 Etowah Ave.<br>Prospect Heights, IL 60070 |
| George Savani<br>57 Boone Trail<br>Severna Park, MD 21146 | Gerald & Beth Cooper<br>116 Wedgemere Rd<br>Stanford, CT 06905 | Golf & Electric Vehicles, Inc.<br>17135 Jean St., Unit #1<br>Fort Myers, FL 33967 |
| Gregory Horner<br>51584 Highland Shores<br>Granger, IN 46530 | Guest Supply<br>PO Box 910<br>Monmouth Junction, NJ 08852-0910 | H310 LLC<br>c/o Susan Kogut<br>130 Snow Thief Drive<br>Havre De Grace, MD 21078 |

| | | |
|---|---|---|
| Happy Food of SW Fla<br>2461 Palm Ave<br>Fort Myers, FL 33916 | Harmon's Audio-Visual<br>PO Box 61127<br>Fort Myers, FL 33906-1127 | Harold & Deborah Tzinberg<br>7700 Forsyth Blvd, Suite 1100<br>Saint Louis, MO 63105 |
| Harold Huber<br>8126 Wilshire Lk. Blvd<br>Naples, FL 34109 | Harold Tzinberg<br>7700 Forsyth Blvd, Suite 1100<br>Clayton, MO 63105 | Highwire Marketing Consultants<br>46 Quason's Path<br>Brewster, MA 02631 |
| Hogan Properties<br>1000 North 14th Street<br>Saint Louis, MO 63106 | Home Fashion Upholstery<br>5309 Shirley Street<br>Naples, FL 34109 | Hospitality Staffinig Solutions<br>8182 Solution Center<br>Chicago, IL 60677-8001 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Iris Mountain Realty<br>Attn: Mrs. Heather Lippert<br>33 Neal Street<br>Portland, ME 04102 | Isabelle Zakarian<br>2105 N. Josey Lane, Apt 426<br>Carrollton, TX 75006 |
| Island Sun Newspaper<br>1640 Periwinkle Way-2<br>Sanibel, FL 33957 | Isle-S-Capes<br>9015 Kirkham Court<br>Indianapolis, IN 46260 | Jack Hagerty<br>503 Altagate Rd<br>Louisville, KY 40206 |
| Jeffrey Prindle<br>26 Deerwood Drive<br>Litchfield, NH 03052 | Jerome R. Walker<br>12432 W. Pheasant Ridge<br>Huntley, IL 60142 | Jill Roman<br>1001 Vineyard Mill Road<br>Baltimore, MD 21228 |
| Joan & Chester Mohr<br>2 Wadsworth Rd.<br>South Chatham, MA 02659 | John & Mary Hartwig Ltd. Prtn<br>1415 McClellan Street<br>Wausau, WI 54403 | John Buecker<br>62 North Fox Mill Lane<br>Springfield, IL 62712 |
| John Warton, Trustee<br>Lora J. Rendall Trust<br>15 William Street, Apt 44L<br>New York, NY 10005 | Joseph and Mary O' Toole<br>Denmar- Dragons Lane<br>Moston, Sandbach  CW113QH<br>England, | Joseph Cusmano<br>5363 Via Morena<br>Yorba Linda, CA 92886 |
| Judy Sommers<br>520 Nagel Court<br>West Chicago, IL 60185 | Karl & Linda Smith<br>1312 Old Farm Rd<br>Champaign, IL 61821 | Kathryn & Brian Dolan<br>205 Long Avenue<br>North Aurora, IL 60542 |
| Keith F. Falck<br>2106 Templar Drive<br>Naperville, IL 62565 | Kenneth & Anne Marnocha<br>7322 Hunt Club Drive<br>Zionsville, IN 46077 | Kirkwood Electric, Inc.<br>1018 SE 12 Court<br>Cape Coral, FL 33990 |

| | | |
|---|---|---|
| Lambert - Petrich Enterprises<br>860 Henn Hyde Rd. N.E.<br>Warren, OH 44484 | Launch Interactive<br>575 Lynnhaven Pkwy, Ste 300<br>Virginia Beach, VA 23452 | Lawrence Russell<br>1805 The 12th Fairway<br>West Palm Beach, FL 33414 |
| Lee County Board of Commissioners<br>P.O. Box 2257<br>Fort Myers, FL 33902-2257 | Lee County Tax Collector<br>P.O. Box 1609<br>Fort Myers, FL 33902 | Linda Cleary Trustee<br>P.O Box 709<br>Center Harbor, NH 03226 |
| Liquid Assets Custom Aquatics<br>P.O. Box 111525<br>Naples, FL 34108 | Lloyd Klein<br>1940 N. Maud Ave<br>Chicago, IL 60614 | Maren F. Miller Revocable Trust<br>3514 Glenlake Drive<br>Glenview, IL 60026 |
| Margaret Kawala Trust<br>2105 Larkdale Drive<br>Glenview, IL 60025 | Marianne Lee<br>2836 Patriot Park Place<br>Henderson, NV 89052 | Mariner Management Services, LLC<br>13041-2 McGregor Blvd.<br>Fort Myers, FL 33919 |
| Mark A. Holmes Trust<br>& Robin A Losito<br>502 S. Kennicott Avenue<br>Arlington Heights, IL 60005 | Mark Blum<br>6311 E. English<br>Wichita, KS 67218 | Marlene Donaldson<br>637 Lighthouse Way<br>Sanibel, FL 33957 |
| Mary Leo<br>473 Bay Ridge Parkway<br>Brooklyn, NY 11209 | Matern Professional Engineering, Inc.<br>130 Candace Dr.<br>Maitland, FL 32751-3331 | Meridian Group<br>575 Lynnhaven Pkwy, 3rd Floor<br>Virginia Beach, VA 23452 |
| Michael & Ann Ross<br>204 Main St.<br>P.O. Box 1123<br>Ellsworth, ME 04605-1123 | Miller Flooring, Inc.<br>1600 S. Bayshore Lane, #8C<br>Miami, FL 33133 | Mogck Real Estate, LLC<br>c/o Jennifer Mogck<br>418 North Rose Lane<br>Haverford, PA 19041 |
| Mr. & Mrs. Bill Lucarelli<br>P.O. Box 26<br>Hebron, NH 03241 | Mr. & Mrs. Dale Anderson<br>23 Sloping Hill terrace<br>Wayne, NJ 07470 | Mr. & Mrs. Gay Petrich<br>860 Henn Hyde Rd. NE<br>Warren, OH 44484 |
| Mr. & Mrs. Gene Cole<br>15094 Denswoods Court<br>Chesterfield, MO 63017 | Mr. & Mrs. George Bader<br>6370 Emerald Bay Court<br>Fort Myers, FL 33908 | Mr. & Mrs. George Podlin<br>21929 116th St<br>Bristol, WI 53104 |
| Mr. & Mrs. George Podlin<br>21929 116th Street<br>Bristol, WI 53104 | Mr. & Mrs. Hackenberg<br>10096 Idle Pine Lane<br>Bonita Springs, FL 34135 | Mr. & Mrs. Jack Cohen<br>1341 Eagle Run Drive<br>Sanibel, FL 33957 |

| | | |
|---|---|---|
| Mr. & Mrs. Jim Pezzino<br>1750 East Dean Rd.<br>Milwaukee, WI 53217 | Mr. & Mrs. John Mistretta<br>5030 N. Octavia<br>Harwood Heights, IL 60706 | Mr. & Mrs. John Warton, Jr.<br>784 6th Street<br>Lake Oswego, OR 97034 |
| Mr. & Mrs. Joseph Uraski<br>950 Huckleberry Lane<br>Glenview, IL 60025 | Mr. & Mrs. Kim Frase<br>789 Whittier Hwy<br>South Tamworth, NH 03883 | Mr. & Mrs. Mark Vogel/Shen<br>26 Cecilia Lane<br>Pleasantville, NY 10570 |
| Mr. & Mrs. Mathew Deluca<br>77 Bleecker Street #124<br>New York, NY 10012 | Mr. & Mrs. Michael Downie<br>9377 Mt. Vernon Circle<br>Alexandria, VA 22309 | Mr. & Mrs. Patrick McAndrew<br>225 William Drive<br>Canonsburg, PA 15317 |
| Mr. & Mrs. Phil Kalamaros<br>4232 Greenwood Drive<br>Benton Harbor, MI 49022 | Mr. & Mrs. Theodore Chen<br>75 Cambridge Parkway, E908<br>Cambridge, MA 02142 | Mr. & Mrs. Thomas Conley<br>1739 Millstream<br>Chesterfield, MO 63017 |
| Mr. & Mrs. Thomas Tinkham<br>1235 Yale Place, #1410<br>Minneapolis, MN 55403 | Mr. & Mrs. Thomas Zakarian<br>3150 Ravinewood Dr. E.<br>Commerce Township, MI 48382-1448 | Nagel Family Trust<br>c/o Dr. Conrad Nagel<br>2841 Apple Blossom Dr.<br>Alva, FL 33920 |
| Naiemy & Hercilia Awad<br>63-19 Ellwell Cresent<br>Rego Park, NY 11374 | Nancy McCumber<br>8 Acornridge Ct.<br>Durham, NC 27707-5075 | Nicholas Bartolini<br>1187 Coast Village Rd, Ste 1-519<br>Santa Barbara, CA 93108 |
| Nilagros R. Nolasco<br>18475 LeChateau<br>Brookfield, WI 53005 | Norman Luka<br>525 Elm Street<br>Westfield, NJ 07090 | Ocean Adventures Publishing<br>14841 Lake Olive Dr.<br>Fort Myers, FL 33919 |
| Outdoor Professional Services<br>PO Box 1006<br>Estero, FL 33928 | Patricia & Robert Macchia<br>600 Boulder Drive<br>Sanibel, FL 33957 | Patricia Cox<br>207 Country Lane<br>Chicago, IL 60616 |
| Patricia Simmons<br>7 Margaux Way<br>Norfolk, MA 02056 | Paul Annuziato<br>320 Fox Wood Lane<br>Mill Neck, NY 11765 | Paul D. Allen<br>1181 Oxford Valley Road<br>Yardley, PA 19067 |
| Paulette Grimaldi<br>5 Proctor Street<br>Manchester, MA 01944 | Penn Jersey Paper<br>PO Box 820974<br>Philadelphia, PA 19182-0974 | Peter Green<br>118 Boulder Ridge Place<br>Scarsdale, NY 10583 |

| | | |
|---|---|---|
| Pool Doctor Service & Supplies<br>2104 Del Prado Blvd. S., Ste 1<br>Cape Coral, FL 33990-4638 | PV Enterprises 3, LLC<br>c/o Richard Inglis, Esq.<br>2245 McGregor Blvd.<br>Fort Myers, FL 33901 | R. Stephen Tillitt<br>9717 Brassie Circle<br>Eden Prairie, MN 55347 |
| R.S. Walsh Landscaping, Inc.<br>8050 Penzance Blvd.<br>Fort Myers, FL 33912 | Raber Industries, Inc.<br>2190 Sebastian Ct.<br>Alva, FL 33920 | Raber Industries, Inc.<br>c/o Michael Kayusa, Esq.<br>P.O. Box 2237<br>Fort Myers, FL 33902 |
| Ralph Anderson<br>P.O. Box 966<br>Bedford, IN 47421 | Ralph Jollette<br>1788 Whispering Court<br>Addison, IL 60101 | Ralph Tillitt<br>2602 Lakota Drive SW<br>Alexandria, MN 56309 |
| Randall & Karen Coat<br>2685 NW 163rd<br>Clive, IA 50325 | Raymond Building Supply Corp.<br>7751 Bayshore Rd. N.<br>North Fort Myers, FL 33917 | RBM Leasing<br>Ronald Meier<br>50 Willow Lane<br>Winona, MN 55987 |
| Richard Adams<br>30977 Pear Ridge<br>Farmington, MI 48334 | Richard Chocol<br>25679 Gloucester Way West<br>Oak Brook, IL 60523 | Richard Gibes<br>13226 Birdseye Court<br>Plainfield, IL 60585 |
| Richard Irving<br>4427 Woodlawn Dr.<br>Oscoda, MI 48750 | Richard Scholem<br>7 Bayview Lane<br>Huntington, NY 11743 | Richard Wilterdink<br>3510 Niles- Cortland Rd<br>Cortland, OH 44410-1747 |
| Robert & Carlyn Reed<br>214 Worthing Drive<br>Saint Louis, MO 63119 | Robert & Margie Davison<br>10029 Via San Marco Loop<br>Fort Myers, FL 33905 | Robert Hinrichs<br>3224 E. Pershing Rd.<br>Lincoln, NE 68502 |
| Ronald Bytnar<br>1290 Par View Drive<br>Sanibel, FL 33957 | Ronco Communications & Electronics<br>PO Box 91027<br>Rochester, NY 14692-9127 | Rose Mary Huber<br>8126 Wilshire Lake Blvd.<br>Naples, FL 34109 |
| Rose Mary Huber Trust<br>8126 Wilshire Lake Blvd<br>Naples, FL 34109 | Ruth Menken<br>98 Cross River Rd<br>Mount Kisco, NY 10549 | Sabel Signs<br>16325 San Carlos Blvd.<br>Fort Myers, FL 33908 |
| Saflok<br>PO Box 890247<br>Charlotte, NC 28289-0427 | Sanibel Captiva Community Bank<br>2475 Library Way<br>Sanibel, FL 33957 | Sanibel G204, LLC<br>c/o Paul Corliss<br>2421 Atlantic Avenue #103<br>Manasquan, NJ 08736 |

Sanibel Shell
2435 Periwinkle Way
Sanibel, FL 33957

Sanibel, LLC
8115 South Glencoe Court
Centennial, CO 80122

Sceptre Hospitality Resources, LLC
7600 E. Orchard Rd., Suite 230
Englewood, CO 80111

Scott Bridge
7127W. Harness Lane
Columbus, IN 47201

Shay-Two, LLC (HarpazDaniel)
6 Ayr Court
Airmont, NY 10901

Sheilah K. Morley Trust
John & Sheilah Morley
604 Sea Oats Drive
Sanibel, FL 33957

Sherwin Williams
17687 Sumerlin Rd. Ste 2C
Fort Myers, FL 33908-5704

Southern Moose Holding Co., LLC
Dr. Jacob & Nancy Jordan
20 Center St
Naples, FL 34108

SpaEquip
211 Wappo Ave
Calistoga, CA 94515

Sprague Rental LLC
P.O. Box 508
Columbus, IN 47202-1514

Stanley & Nina Kolbe
215 E. Street SE
Washington, DC 20003

Stefan Krompier
93 Ocean Avenue
Amityville, NY 11701

Stephen Kleiman
20 Diamond Crest Ct
Baltimore, MD 21209

Steve Gordon
314 Highgate Drive
Slingerlands, NY 12159

Stewart Enterprises
Carole Stewart
3569 Pape Avenue
Cincinnati, OH 45028

Stuart L. Terrell Trust
11174 S. Shore Dr.
Lake, MI 48632

Sunbelt Rentals, Inc.
314 W. Landstreet Rd.
Orlando, FL 32824

Suncoast Beverage Sales
2996 Hanson Street
Fort Myers, FL 33916

Sundial C404, LLC (Wolczek)
155 Angel Drive
Sanibel, FL 33957

Sundial East Condo Association
1401 Middle Gulf Drive
Sanibel, FL 33957

Sundial East Condominium Assoc., Inc.
1401 Middle Gulf Dr.
Sanibel, FL 33957

Sundial F107, LLC
Mr. Walter Wolczek
1533 Angel Drive
Sanibel, FL 33957

Sundial of Sanibel Condominium Assn.
PO Box 10
Sanibel, FL 33957

Sysco
3000 69th Street East
Palmetto, FL 34221

Ted Ney Drywall and Stucco, Inc.
15270 Thornton Rd.
Fort Myers, FL 33908

Thank You for the Dance Entertainment
9494 Beverly Lane
Sanibel, FL 33957

Theresa Buchanan
600 President Ford Lane
Alexandria, VA 22302

Thing 5
138 Longmeadow St., 2nd Floor
Longmeadow, MA 01106

Thrifty Air Conditioning & Refrigeration
3340 Royalston Ave.
Fort Myers, FL 33916

Traci Levine
10925 Bells Ridge Drive
Potomac, MD 20854

TravelClick
PO Box 71199
Chicago, IL 60694-1199

Trustee Ashe Family GST
c/o John Ashe
177 Ocean Drive East
Stamford, CT 06902

TWC Service
12590 Metro Pkwy
Fort Myers, FL 33966

U.S. Foods
PO Box 281841
Atlanta, GA 30384-1841

Vend Lease Company, Inc.
8100 Sandpiper Circle, #300
Nottingham, MD 21236

VPSI, Inc.
3802 Spectrum Blvd., #306
Tampa, FL 33612

Wage Lighting & Design
401 Bustleton Ave.
Feasterville Trevose, PA 19053

Wakefield F.L.P.
c/o Michael H. Downie
9377 Mount Vernon Circle
Alexandria, VA 22309

Wausau Tile, Inc.
P.O. Box 1520
Minneapolis, MN 55402-1520

Wesley & Susan Winrich
25782 Kiev Avenue
Wilton, WI 54670

William & Mary Taylor
2809 12th Street NW
Waverly, IA 50677

William Haas
958 Honest Pleasure Dr.
Naperville, IL 60540

William O'Donnell
391 Grape Hollow Rd.
Holmes, NY 12531

William Winslow
1900 S. Ocean Blvd. #6A
Pompano Beach, FL 33062

Wink-FM
2824 Palm Beach Rd.
Fort Myers, FL 33916

WPS Network
Torneo 72 41002
Sevilla, Spain

Xerox Corporation
P.O. Box 827598
Philadelphia, PA 19182-7598

Yvonne/Andrew/Charman Woodall
The Owleries, Penny Lane
Shepperton Middlesex TW178NF
United Kingdom