B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida, Ft. Myers Division

In re   **Sanibel Sundial Partners, LLC**          Case No. _____
                                    Debtor(s)      Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Delphi Beta Fund<br>115 Pheasant Run, #112<br>Newtown, PA 18940 | Delphi Beta Fund<br>115 Pheasant Run, #112<br>Newtown, PA 18940 | | | 250,000.00 |
| Paul D. Allen<br>1181 Oxford Valley Road<br>Yardley, PA 19067 | Paul D. Allen<br>1181 Oxford Valley Road<br>Yardley, PA 19067 | | | 100,000.00 |
| TravelClick<br>PO Box 71199<br>Chicago, IL 60694-1199 | TravelClick<br>PO Box 71199<br>Chicago, IL 60694-1199 | | | 70,821.40 |
| Meridian Group<br>575 Lynnhaven Pkwy, 3rd Floor<br>Virginia Beach, VA 23452 | Meridian Group<br>575 Lynnhaven Pkwy, 3rd Floor<br>Virginia Beach, VA 23452 | | | 44,936.94 |
| Launch Interactive<br>575 Lynnhaven Pkwy, Ste 300<br>Virginia Beach, VA 23452 | Launch Interactive<br>575 Lynnhaven Pkwy, Ste 300<br>Virginia Beach, VA 23452 | | | 33,000.00 |
| Crown Linen<br>3235 NW 62nd Street<br>Miami, FL 33147 | Crown Linen<br>3235 NW 62nd Street<br>Miami, FL 33147 | | | 28,448.27 |
| William O'Donnell<br>391 Grape Hollow Rd.<br>Holmes, NY 12531 | William O'Donnell<br>391 Grape Hollow Rd.<br>Holmes, NY 12531 | | | 25,528.73 |
| Carl Neumann<br>16949 Imperial Circle<br>Naperville, IL 60563 | Carl Neumann<br>16949 Imperial Circle<br>Naperville, IL 60563 | | | 21,635.82 |
| David & Mary Beth Cox<br>20188 N. 1170th Street<br>Marshall, IL 62441 | David & Mary Beth Cox<br>20188 N. 1170th Street<br>Marshall, IL 62441 | | | 20,234.15 |
| Wage Lighting & Design<br>401 Bustleton Ave.<br>Feasterville Trevose, PA 19053 | Wage Lighting & Design<br>401 Bustleton Ave.<br>Feasterville Trevose, PA 19053 | | | 19,531.00 |
| William & Mary Taylor<br>2809 12th Street NW<br>Waverly, IA 50677 | William & Mary Taylor<br>2809 12th Street NW<br>Waverly, IA 50677 | | | 18,696.55 |
| Gary Sweetman<br>7820 Senrab Drive<br>Bradenton, FL 34209 | Gary Sweetman<br>7820 Senrab Drive<br>Bradenton, FL 34209 | | | 18,500.81 |

B4 (Official Form 4) (12/07) - Cont.

In re **Sanibel Sundial Partners, LLC**      Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Scott Bridge<br>7127W. Harness Lane<br>Columbus, IN 47201 | Scott Bridge<br>7127W. Harness Lane<br>Columbus, IN 47201 | | | 17,483.84 |
| Anthony Brunsing<br>P.O. Box 68<br>Lake View, NY 14085 | Anthony Brunsing<br>P.O. Box 68<br>Lake View, NY 14085 | | | 17,420.70 |
| Kenneth & Anne Marnocha<br>7322 Hunt Club Drive<br>Zionsville, IN 46077 | Kenneth & Anne Marnocha<br>7322 Hunt Club Drive<br>Zionsville, IN 46077 | | | 16,927.04 |
| Hogan Properties<br>1000 North 14th Street<br>Saint Louis, MO 63106 | Hogan Properties<br>1000 North 14th Street<br>Saint Louis, MO 63106 | | | 16,429.59 |
| Steve Gordon<br>314 Highgate Drive<br>Slingerlands, NY 12159 | Steve Gordon<br>314 Highgate Drive<br>Slingerlands, NY 12159 | | | 16,046.43 |
| Ralph Anderson<br>P.O. Box 966<br>Bedford, IN 47421 | Ralph Anderson<br>P.O. Box 966<br>Bedford, IN 47421 | | | 15,874.00 |
| Beverly J. Kuperman<br>9 Sterling Forest Lane<br>Suffern, NY 10901 | Beverly J. Kuperman<br>9 Sterling Forest Lane<br>Suffern, NY 10901 | | | 15,326.76 |
| Ruth Menken<br>98 Cross River Rd<br>Mount Kisco, NY 10549 | Ruth Menken<br>98 Cross River Rd<br>Mount Kisco, NY 10549 | | | 14,499.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Sanibel Sundial Partners, LLC** _____   Case No. _____

　　　　　　　　　　　　　　　　Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

　　　I, the Manager of Corestates Realty Group, LLC, Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **9/24/13**　　　　　　　Signature   _[signature]_
　　　　　　　　　　　　　　　　　　　　Edward J. McGahan, III
　　　　　　　　　　　　　　　　　　　　**Manager of Corestates Realty Group, LLC, Manager**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
　　　　　　　　　　　　　　　　　　18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com　　　　　　　　　　　　　　　　　Best Case Bankruptcy