# United States Bankruptcy Court
## Middle District of Florida, Ft. Myers Division

In re    **Sanibel Sundial Partners, LLC**                                        Case No. _____

                                    Debtor(s)                                     Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Betty Conley<br>1739 Millstream Drive<br>Chesterfield, MO 63017-7749 | | 1 share | |
| Bruce Roy<br>530 Fort Couch Road<br>Pittsburgh, PA 15241 | | 1 share | |
| Carole McGahan<br>1916 Aquetong Road<br>New Hope, PA 18938 | | 1 share | |
| Christopher Mannino<br>109 Searight Drive<br>Baden, PA 15005 | | 5 shares | |
| David Hogan<br>1000 North 14th Street<br>St Louis, MO 63106 | | 2 shares | |
| Dennis Hoelzer<br>15920 Tanglewood Drive<br>Batavia, IL 60510 | | 1 share | |
| Donald F Kaas<br>3125 30th St. DR. S.E.<br>Cedar Rapids, IA 52403 | | 2 shares | |
| Donald H. DesPain<br>502 West Main Street<br>Collinsville, IL 62234 | | 1 share | |
| Dr. John Mehalik<br>12670 Creekside Lane #202<br>Fort Myers, FL 33919 | | 1 share | |
| Dr. Peter D. Kaplan<br>14 Forest Glen Drive<br>Pittsburgh, PA 15228 | | 1 share | |
| Edmund O. Brozek<br>679 Deerwander Road<br>Hollis Center, ME 04042 | | 2 shares | |
| Edward James Geater<br>1401 Middle Gulf Drive<br>Sanibel, FL 33957 | | 1 share | |

In re:   **Sanibel Sundial Partners, LLC**                                           Case No. _____
                                          Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Ellen B. Thomas<br>50 Glenbrooke Chase<br>Pepper Pike, OH 44124 | | 1 share | |
| Frank Katz<br>225 Lincoln Highway<br>Fairless Hills, PA 19030 | | 10 shares | |
| Gregory M. Beck<br>Sea Ranch Lakes North<br>Lauderdale by the Sea, FL 33308 | | 5 shares | |
| Gregory T. Isermann<br>11400 North Mulberry Drive<br>Mequon, WI 53092 | | 5 shares | |
| Jack B. Cohen<br>1341 Eagle Run Drive<br>Sanibel, FL 33957 | | 2 shares | |
| Joanne B. Swift<br>7687 Sugar Sand Circle SE<br>Hobe Sound, FL 33455 | | 2 shares | |
| John J. Sharpe<br>101 Double Tree Drive<br>Pittsburgh, PA 15205 | | 3 shares | |
| John Mehalik<br>12670 Creekside Lane<br>Fort Myers, FL 33919 | | 1 share | |
| John Naumann<br>1149 Periwinkle Way<br>Sanibel, FL 33957 | | 1 Share | |
| Joseph Cusmano<br>69289 Brookhill Drive<br>Bruce Township, MI 48065 | | 1 share | |
| Joseph D. Anding<br>1245 River Road<br>Washington Crossing, PA 18977 | | 11 shares | |
| Joseph Grimaldi<br>5 Proctor Street<br>Manchester, MA 01944 | | 2 shares | |

In re: **Sanibel Sundial Partners, LLC**                                    Case No. _____

                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Lance E. Spitzner<br>811 Shanahan Court<br>Naperville, IL 60540 | | 1 share | |
| Leonard Ross<br>2536 Wulfert Road<br>Sanibel, FL 33957 | | 1 share | |
| Morton L. Ginsberg<br>4001 N. Ocean Blvd<br>Boca Raton, FL 33431 | | 1 share | |
| Nicholas P. Bartolini<br>1187 Coast Village Road - Suite 1-519<br>Santa Barbara, CA 93108 | | 1 share | |
| Patricia J. Murty<br>15209 Cape Sable Lane<br>Fort Myers, FL 33908 | | 1 share | |
| Paul D. Allen<br>1181 Oxford Valley Road<br>Yardley, PA 19067 | | 2 shares | |
| Paul E. Petrich<br>860 Henn Hyde Road<br>Warren, OH 44484 | | 1 share | |
| Paul W. Corliss<br>1401 Middle Gulf Drive<br>Sanibel, FL 33957 | | 1 share | |
| Philip E. Kalamaros<br>4232 Greenwood Drive<br>Benton Harbor, MI 49022 | | 1 share | |
| Richard D. Larson<br>3502 Oakwood Mall Drive<br>Eau Claire, WI 54701 | | 1 share | |
| Rickert Shewring<br>1302 Par View Drive<br>Sanibel, FL 33957 | | 1 share | |
| Robert A Edwards<br>1545 Bixby Avenue<br>Bemidji, MN 56601 | | 1 share | |

In re:  **Sanibel Sundial Partners, LLC** _____  Case No. _____
                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Robert B. Schilli<br>13024 Pembrooke Valley Court<br>Saint Louis, MO 63141 | | 1 share | |
| Rodney D. Ives<br>720 Timber Lane<br>Shoreview, MN 55126 | | 1 share | |
| Ruth A. Lazarus<br>64 Rio Vista Drive<br>Allendale, NJ 07401 | | 2 shares | |
| Scott H. Kelley<br>18 Solebury Mountain Road<br>New Hope, PA 18938 | | 4 shares | |
| Sevan Chakiryan<br>9 Sherwood Circle<br>Oyster Bay, NY 11771 | | 1 share | |
| Tarek Kutrieh<br>1630 Woods Drive<br>Los Angeles, CA 90069 | | 1 share | |
| Thomas & Betty Conley<br>1739 Millstream Drive<br>Chesterfield, MO 60312 | | 1 share | |
| Thomas W. Feller<br>27 Merry Meeting Drive<br>Merrick, NH 03054 | | 2 shares | |

In re: **Sanibel Sundial Partners, LLC**  
Debtor(s)

Case No. _____

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Manager of Corestates Realty Group, LLC, Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  9/24/13            Signature  _____  
                                    Edward J. McGahan, III

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.