UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In re:                                          Chapter 11

SANIBEL SUNDIAL PARTNERS, LLC,                  Case No. 9:13-bk-12826-FMD
d/b/a SUNDIAL BEACH AND GOLF RESORT,
a/k/a SUNDIAL BEACH RESORT & SPA,
                                                *Emergency Relief Requested*

　　　　Debtor.
_____/

## DEBTOR'S EMERGENCY MOTION FOR
## AUTHORITY TO USE CASH COLLATERAL

| STATEMENT OF RELIEF REQUESTED |
|---|
| 　　　The Debtor seeks authorization to use cash collateral to fund operating expenses and costs of administration in this Chapter 11 case. The Debtor believes that the Prepetition Secured Creditors (as defined below) may assert a lien on and security interests in the accounts receivable and proceeds thereof, as well as other cash collateral of the Debtor. As adequate protection for the use of cash collateral, the Debtor proposes to provide the Prepetition Secured Creditors with a replacement lien on assets acquired after the Petition Date to the same extent, validity, and priority as existed on the Petition Date. |

　　　SANIBEL SUNDIAL PARTNERS, LLC (the "**Debtor**"), respectfully requests the entry of an order granting the Emergency Motion for Authority to Use Cash Collateral (the "**Motion**") approving the Debtor's use of cash collateral, the proposed form of which is attached hereto as **Exhibit A**. In support of its Motion, the Debtor respectfully represents as follows:

## Jurisdiction

1.      This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. The subject matter of this Motion is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper in this district pursuant to 28 U.S.C. § 1408.

2.      The statutory predicates for the relief sought herein are §§ 105, 363, and 541 of the Bankruptcy Code and Rule 4001 of the Federal Rules of Bankruptcy Procedure.

## Background

3.      On September 26, 2013 (the "**Petition Date**"), the Debtor filed its Voluntary Petition for Relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**").

4.      The Debtor is operating its business and managing its property as debtor in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

5.      The Debtor owns and operates an oceanfront beach and golf resort known as the Sundial Beach Resort (the "**Resort**"), located on Sanibel Island. The Resort consists of 406 condominium units (owned by third-party owners), a 38,000 square foot central facilities building housing a lobby and guest reception area, multiple food and beverage outlets, meeting rooms, a spa and fitness center, main pool and pool bar, tennis courts and parking, all located directly on 2,000 feet of private beach on Florida's Gulf Coast. The Resort has rooms and suites ranging from studios to three bedroom suites and offers a variety of views including garden views and beachfront views. The Resort completed a major renovation in May 2013.

## Secured Creditors

6.    On or about November 21, 2012, the Debtor entered into a Mortgage (the "**Mortgage**") in the original principal amount of up to $750,000, with Sanibel Captiva Community Bank ("**San-Cap**"). Also on or about November 21, 2012, the Debtor entered into an Assignment of Rents (the "**Assignment**", together with the Mortgage, the "**Loan Documents**") with San-Cap. As of the Petition Date, San-Cap is owed $750,000 in outstanding principal under the Loan Documents.

7.    Pursuant to the Loan Documents, it appears that the Debtor may have granted to San-Cap a lien on and security interest in all or substantially all real property and related assets of the Debtor, including the rents and proceeds thereof (collectively, the "**Collateral**"). Accordingly, the Debtor believes that San-Cap will assert that it has a perfected lien on the Collateral.

8.    In connection with the recently performed renovations, some remaining retainage and other payments are due to contractors (collectively, the "**Contractors**" and together with San Cap Bank, the "**Prepetition Secured Creditors**"), who have filed or may be entitled at some point in time to assert mechanics liens under the Florida Statutes. The following claims of lien or notices of commencement have been filed, claiming the estimated amounts owed:

| Claimant[1] | Amount |
|---|---|
| Benchmark General Contractors, Inc. | 774,161.14 |
| Beverly's Tropical Glass Design, Inc. | 11,688.00 |
| BSSW Architects, Inc. | 68,108.11 |
| Kirkwood Electric, Inc. | 79,453.80 |
| Matern Professional Engineering, Inc. | 24,259.34 |
| Miller Flooring, Inc. | 35,111.15 |
| Raber Industries, Inc. | 101,371.00 |
| Raymond Building Supply Corp. | 2,643.69 |
| Sunbelt Rentals, Inc. | 1,582.16 |
| Ted Ney Drywall and Stucco, Inc. | 82,241.26 |
| Wausau Tile, Inc. | 16,261.65 |

## Relief Requested and Grounds for Relief

9.      As of the Petition Date, the Debtor had certain funds in  bank accounts. Additionally, the Debtor continues to receive payment on receivables generated from operations.  The Debtor anticipates that it will receive additional payment on receivables generated from operations after the Petition Date in the ordinary course of its business. The receivables generated from operations may constitute cash collateral (the "**Cash Collateral**") of the Prepetition Secured Creditors.

10.     By this Motion, the Debtor seeks the entry of an order authorizing the use of Cash Collateral, substantially in accordance with the terms of the cash flow budget prepared by the Debtor, in a form and substance acceptable to the DIP Lender (such

---

[1] The itemized Claimants are not necessarily all those parties who may assert a mechanic's lien. In addition, the DIP Financing Motion (as defined below) intends to prime all parties holding an executory contract with the Debtor that may also give rise to a lien encumbering the Collateral.

approved cash flow budget (the "**Budget**")[2], for purposes which include without limitation the following:

        a)      Care, maintenance and preservation of the Debtor's assets;

        b)      Payment of necessary business expenses;

        c)      Continued software development; and

        d)      Continued business operations.

A copy of the Budget is attached hereto as **Exhibit B** and incorporated herein by this reference thereto.

      11.     The Debtor submits that the expenses set forth in the Budget are necessary to continue the operation of its businesses and to otherwise avoid irreparable harm and injury to the business and estate of the Debtor.

      12.     The Debtor will not be able to fund operations solely from the use of cash collateral. The Debtor has filed its Emergency Motion For Authority To Obtain Post-Petition Financing And Grant Senior Liens, Superpriority Administrative Expense Status and Adequate Protection Pursuant To 11 U.S.C. §§364(C) and (D) of The Bankruptcy Code And F.R.B.P. 4001 (the "**DIP Financing Motion**"), under which the Debtor seeks to borrow funds a secured basis from EFO Financial Group, LLC (the "**DIP Lender**") up to $850,000, secured by liens on and security interests in the Resort pursuant to § 364(c)(2), 364(c)(3), and 364(d)(1) of the Bankruptcy Code which shall be senior to all pre-petition liens.

---

[2] The Budget remains subject to the approval of the DIP Lender.

13.     The Debtor is informed that San Cap Bank consents to the DIP Financing Motion and the relief requested therein.  Indeed, San Cap Bank is a participant in the proposed DIP facility.  Under the DIP Financing Motion, the Debtor has requested authority to provide adequate protection to San Cap Bank follows: (i) a second lien on its collateral securing all indebtedness owed by the Debtor to San Cap inferior only to the interest of the DIP Lender and *ad valorem* taxes accruing subsequent to 2013, and (ii) shall provide from the loan proceeds a six month interest reserve for the payment of interest to San Cap Bank at the non-default contract rate on the San Cap Bank indebtedness

14.     Except as specifically authorized by law or court order, the Debtor will not use Cash Collateral to pay pre-petition obligations.

15.     The Debtor requests authorization to use Cash Collateral immediately to fund operating expenses necessary to continue the operation of its business, to maintain the estate, to maximize the return on its assets, and to otherwise avoid irreparable harm and injury to its business and the estate.

16.     The Debtor proposes to grant to the Prepetition Secured Creditors, on an interim basis, a replacement lien on assets acquired after the Petition Date to the same extent, validity, and relative priority as existed on the Petition Date, subject to the liens to be granted under the DIP Financing Motion.  In other words, the Debtor proposes that any "floating" lien on such assets continue to "float," on an interim basis, to the same extent, validity, and priority as existed on the Petition Date, notwithstanding Section 552 of the Bankruptcy Code.

17.    The Debtor asserts that the interests of the Prepetition Secured Creditors will be adequately protected.  Consequently, no further provision for adequate protection is requested at this time.

18.    The Debtor believes that it can operate its business during the Chapter 11 case and maintain the going-concern value of its business and assets if it is allowed to use Cash Collateral, as supplemented by post-petition borrowings.

19.    There is insufficient time for a final evidentiary hearing, as required by Rule 4001(b)(2) of the Federal Rules of Bankruptcy Procedure, to be held before the Debtor must arguably use Cash Collateral.  If this Motion is not considered on an expedited basis and if the Debtor is denied the ability to immediately use Cash Collateral, there will be direct and immediate harm to ongoing business operations.  The Debtor's inability to meet ordinary expenses will require it to discontinue normal operations, which will result in irreparable injury to the Debtor and its chances for reorganization. Any such discontinuation would also devalue the collateral.  Indeed, it is in the best interests of all creditors and the Debtor that it use Cash Collateral since the use will preserve the value of the Prepetition Secured Creditors' collateral.  Rule 4001(b)(2) of the Federal Rules of Bankruptcy Procedure authorizes this Court to hold an immediate preliminary hearing on this Motion.

WHEREFORE, the Debtor respectfully requests that this Court enter an order, the proposed form of which is attached hereto as **Exhibit A**: (a) granting the Motion; (b) authorizing the Debtor to use Cash Collateral on an interim basis pending a final hearing

substantially in accordance with the Budget; (c) authorizing the Debtor to use Cash

Collateral following a final hearing; and (d) providing such other and further relief as the

Court may deem appropriate.

Dated: September 26, 2013

/s/ Stephen R. Leslie
Russell M. Blain (FBN 236314)
Stephen R. Leslie (FBN 000349)
Daniel R. Fogarty (FBN 0017532)
Stichter, Riedel, Blain & Prosser, P.A.
110 E. Madison Street - Suite 200
Tampa, Florida 33602
Telephone: (813) 229-0144
Facsimile: (813) 229-1811
Email: rblain@srbp.com
        sleslie@srbp.com
        dfogarty@srbp.com
Attorneys for Debtor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the Debtor's Emergency Motion for Authority to Use Cash Collateral has been furnished on this 26th day of September, 2013, by either the Court's CM/ECF system, electronic mail, or by U.S. Mail to:

Office of the U.S. Trustee

Luis E. Rivera, II, Esquire
luis.rivera@henlaw.com

20 Largest  Unsecured Creditors and Secured Creditors (listed on Exhibit "C")


*/s/ Stephen R. Leslie*
Stephen R. Leslie

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In re:                                             Chapter 11

SANIBEL SUNDIAL PARTNERS, LLC,                     Case No. 9:13-bk-12826-FMD
d/b/a SUNDIAL BEACH AND GOLF RESORT,
a/k/a SUNDIAL BEACH RESORT & SPA,

　　　　　Debtor.
_____/

## INTERIM ORDER GRANTING DEBTOR'S EMERGENCY
## MOTION FOR AUTHORITY TO USE CASH COLLATERAL

THIS CASE came on for hearing on _____, upon the Debtor's

Emergency Motion for Authority to Use Cash Collateral (the "**Motion**")[1] (Doc. No.

_____). The Motion seeks the entry of interim and final orders authorizing the use of

"Cash Collateral" as that term is defined in § 363(a) of the Bankruptcy Code. The Court,

having reviewed the Motion and having heard the argument and proffers of counsel, finds

that the Motion should be granted to prevent immediate and irreparable harm to the

Debtor's business. Accordingly, for the reasons stated orally and recorded in open court,

which shall constitute the decision of the Court, it is

**ORDERED** that:

1.　　The Motion is granted on an interim basis pending a final hearing to be

conducted by the Court on_____.

---

[1] Capitalized terms not defined in this Order shall have the meaning set forth in the Motion.

2.      The Debtor is authorized to use Cash Collateral (as that term is defined in § 363(a) of the Bankruptcy Code) to pay operating expenses substantially in conformance with the categories and amounts as set forth in the revised budget, a copy of which is attached hereto as **Exhibit A** (the "**Budget**").  Absent further order, the Debtor shall not pay any fees for professional services.

3.      In connection with the Debtor's use of Cash Collateral, the Debtor is not authorized to use Cash Collateral to pay any expense categories not included in the Budget without the consent of the secured creditor or further order of this Court.  The Debtor, in any particular calendar month, is not authorized to: (a) spend more than fifteen percent (15%) in excess of any particular line item or (b) to exceed by more than fifteen percent (15%) of the total expenditures set forth in the budget without the consent of the secured creditor or further order of this Court.

4.      San-Cap is granted as adequate protection a post-petition replacement lien against the Debtor's Cash Collateral to the same extent, validity, and priority as existed as of the Petition Date.  San-Cap may be granted additional adequate protection in the Final Order.

5.      This Order is not and shall not be construed as determinative as to whether or not any Secured Creditor has a valid lien on any property of the Debtor or its estate. This Order is not and shall not be construed as determinative as to the extent or amount of any secured claim associated with any such lien.  These determinations may be made in the Final Order.

6.     This Order is without prejudice to the Debtor's right to challenge the extent, validity, or priority of any lien or claim of any Secured Creditor, and is likewise without prejudice to the right of any Secured Creditor to seek additional relief concerning Cash Collateral by subsequent motion.  Nothing contained in this Order shall be deemed to constitute a waiver of any party's rights.  These rights may be limited in the Final Order.

7.     The provisions of this Order shall remain in full force and effect unless modified or vacated by subsequent order of this Court.

8.     This Order is without prejudice to the Debtor's right to seek authority by separate motion to pay monies in excess of the amounts set forth in the Budget.

**DONE AND ORDERED** at Tampa, Florida, on _____.

_____
Caryl E. Delano
United States Bankruptcy Judge

Attorney Stephen R. Leslie is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

3

# EXHIBIT B

# EXHIBIT A

## BUDGET

| DIP Loan Budget | |
| --- | --- |
| ***Initial Advance*** | |
| Net Proceeds Available to Borrower | $384,650 |
| Adequate Protection Pmts for S.C.C.B. | 17,812 |
| Reserve for 2013 Ad-Valorem Taxes | 101,000 |
| Estimated Closing Costs (Estimated) | 21,888 |
| Interest Reserve (Estimated 6-months) | 39,650 |
| Commitment Fee | 35,000 |
| Loan Servicing Fee | 10,000 |
| ***Total Initial Advance*** | **$610,000** |
| ***Final Advance*** | |
| Net Proceeds Available to Debtor | $172,500 |
| Estimated Closing Costs (Estimated) | 5,000 |
| Interest Reserve (Estimated 7-months) | 50,000 |
| Commitment Fee | 10,000 |
| Loan Servicing Fee | 2,500 |
| ***Total Final Advance*** | **$240,000** |
| **Maximum Loan Amount** | **$850,000** |

## Sanibel Sundial Partners, LLC
### 15 Week Cash flow
#### 9/18 through 12/31/13

Revised 09/24

| | 25-Sep | 2-Oct | 9-Oct | 16-Oct | 23-Oct | 30-Oct | 6-Nov | 13-Nov | 20-Nov | 27-Nov |
|---|---|---|---|---|---|---|---|---|---|---|
| **Source** | | | | | | | | | | |
| Room revenue | 29,000 | 57,000 | 43,000 | 68,000 | 133,000 | 60,000 | 42,000 | 111,000 | 72,000 | 71,000 |
| 4025 · Resort Fees | 4,060 | 7,980 | 6,020 | 9,520 | 18,620 | 8,400 | 5,880 | 15,540 | 10,080 | 9,940 |
| F&B Revenue | 20,000 | 35,000 | 25,000 | 35,000 | 65,000 | 35,000 | 25,000 | 60,000 | 35,000 | 35,000 |
| **Total source** | 53,060 | 99,980 | 74,020 | 112,520 | 216,620 | 103,400 | 72,880 | 186,540 | 117,080 | 115,940 |
| | | | | | | | | | | |
| **Use** | | | | | | | | | | |
| 5030 · Food & Bev cost | (5,600) | (9,800) | (7,000) | (9,800) | (18,200) | (9,800) | (7,000) | (16,800) | (9,800) | (9,800) |
| 5061 · Local Call Expense | | | | (4,100) | | | | (4,100) | | |
| Bike rentals-1 week lag | | (406) | (798) | (602) | (952) | (1,862) | (840) | (588) | (1,554) | (1,008) |
| Wages | | (95,000) | (105,000) | (105,000) | | (108,000) | | (108,000) | | (114,000) |
| 6101 · Contract labor | | | | | | | | | | |
| Zupon | | (6,900) | | | | | (6,900) | | | |
| Doyle | | (6,750) | | | | | (6,750) | | | |
| AP Clerk/ Temp | (1,000) | (1,000) | (1,000) | (1,000) | (1,000) | (1,000) | (1,000) | (1,000) | (1,000) | (1,000) |
| 6114 · Holiday | | | | | | | | | | (3,000) |
| 6119 · Payroll Taxes | | (9,310) | - | (10,290) | - | (10,584) | - | (10,584) | - | (11,172) |
| 6122 · Health insurance | | (8,075) | - | (8,925) | - | | - | (9,180) | - | (9,690) |
| 6123 · Workers Comp | | (2,624) | - | (2,900) | (6,000) | (2,983) | - | (2,983) | - | (3,149) |
| 6124 · Employee meals | (600) | (600) | (600) | (600) | (600) | (600) | (600) | (600) | (600) | (600) |

09-18-13 fs

9/24/2013

Revised 09/24

### Sanibel Sundial Partners, LLC
### 15 Week Cash flow
9/18 through 12/31/13

| Account | 25-Sep | 2-Oct | 9-Oct | 16-Oct | 23-Oct | 30-Oct | 6-Nov | 13-Nov | 20-Nov | 27-Nov |
|---|---|---|---|---|---|---|---|---|---|---|
| 6205 · Cable/Satellite Television | | | (207) | | | | (207) | | | |
| 6211 · China & Glass | | | (1,000) | | | | (1,000) | | | |
| 6212 · Disposables F & B | | | (3,500) | | | | (3,500) | | | |
| 6213 · Cleaning Supplies | | | (2,000) | | | | (2,000) | | | |
| 6215 · Commissions - T/A | | | (2,600) | | | | (2,600) | | | |
| 6219 · Credit Card Commissions | | (6,412) | | | | | (18,196) | | | |
| 6221 · Drug Testing | | | | (200) | | | | | (200) | |
| 6223 · Dues And Subscriptions | | (300) | | | | | (1,600) | (650) | | |
| 6225 · Employee Relations | | | | | | | | | | |
| Maintenance Normal | | (10,000) | (5,000) | (10,000) | (10,000) | (10,000) | (5,000) | (10,000) | (5,000) | (10,000) |
| Maintenance Extra Ground floor | | | | | | (5,000) | - | | | - |
| Maintenance - rooms | | (3,000) | | (3,000) | - | (5,000) | | (5,000) | - | (4,000) |
| 6261 · Equipment Rental | | | (413) | | | | (413) | | | |
| 6263 · Fuel | | | (1,200) | | | | (1,200) | | | |
| 6265 · Guest Hospitality | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) |
| 6269 · Guest Supplies | | (2,000) | (2,000) | (2,000) | (2,000) | (2,000) | (2,000) | (2,000) | (2,000) | (2,000) |
| 6271 · Information Systems | | | (47) | | | | | (47) | | |
| 6273 · Laundry Dept. Expense | | (8,367) | | | | | (3,297) | | | |
| 6275 · Licenses And Permits | | (24,000) | | | | | (24,000) | | | |
| 6277 · Linen Purchases | | | (500) | (500) | (7,000) | | | (500) | | (500) |
| 6291 · Music And Entertainment | | | (3,600) | | | | (4,000) | | | |
| 6293 · Office Supplies | | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) |
| 6295 · Operating Supplies | | (750) | (750) | (750) | (750) | (750) | (750) | (750) | (750) | (750) |
| 6299 · Payroll Processing | | (1,538) | - | (1,700) | - | (1,749) | | (1,749) | - | (1,846) |
| 6300 · Pest Control | | | (480) | | | | (480) | | | |
| 6301 · Postage | | (125) | (125) | (125) | (125) | (125) | (125) | (125) | (125) | (125) |
| 6303 · Printing And Stationary | | | (800) | | | | (800) | | | |
| 6309 · Recruitment | | | (750) | | | | (750) | | | |
| 6311 · Reservation Expense | | (6,505) | | | | | (19,133) | | | |
| 6318 · Sevice Contracts | | | (800) | | | | (800) | | | |
| 6319 · Telecommunications | | | (1,500) | | | | (1,500) | | | |
| 6320 · Training | | | | (3,000) | | | - | (3,000) | | |
| 6323 · Travel - M&E | | (4,000) | | | | | (14,000) | | | |
| 6325 · Uniforms | | | | | | | (1,000) | | | |
| Sales and marketing - maintain | (11,787) | | (10,000) | | | | (40,000) | (50,000) | | |
| Sales and marketing - Bumper | | | (40,000) | | | | | | | |
| 7401 · Util - Electricity | | | | (13,000) | | | | (13,000) | | |
| 7403 · Util - Gas | | (2,000) | (2,000) | | | | (2,000) | (1,000) | | |
| 7405 · Util - Sewer | | | | | | | | | | |
| 7407 · Util - Water | | | | | (2,500) | | | (10,300) | (2,500) | |
| 7410 · Util - Waste Removal | | | (2,600) | (2,600) | | | | | (2,600) | |

## Sanibel Sundial Partners, LLC
### 15 Week Cash flow
9/18 through 12/31/13

Revised 09/24

| | 25-Sep | 2-Oct | 9-Oct | 16-Oct | 23-Oct | 30-Oct | 6-Nov | 13-Nov | 20-Nov | 27-Nov |
|---|---|---|---|---|---|---|---|---|---|---|
| 7451 · ILP Lease | | | | | | | | | (144,000) | |
| 7453 · ILP SUN Lease | | | | (29,000) | | | | | (27,900) | |
| 7455 · IRP/lxrrp | | (5,615) | | (5,600) | | | | | (30,400) | |
| Owner Business licenses | | (3,000) | | (8,600) | | | | 2,000 | | |
| 7465 · Lease-equipment | | (8,670) | (3,000) | | | | (3,000) | (3,000) | | |
| 7467 · Ground Rent- Condo assoc | | | | | | | | | | |
| 7469 · Real Estate Taxes | Reserve | (101,000) | | | | | | | | |
| 7473 · Insurance-- GL | | (30,566) | | | | | (30,566) | | | |
| 7581 · Base Management Fee | | (7,843) | | | | | (12,664) | | | |
| Other Use | App fee (15,000) | CF, CC, LF (50,000) | Reserve (32,500) | | | | | | | |
| 7606 · Interest Expense | | | (15,000) | | (2,800) | | | | (2,800) | |
| Sept Sales Tax | (59,800) | | | | | | | | | |
| Capex | | | | | | | (30,000) | | | |
| 7892 · Legal / Audit Fees | | (9,167) | | | | | (9,167) | | | |
| 7895 · Asset Mgmt Fee | | (23,000) | | | | | (30,000) | | | |
| 7900 · Mgmt /Trans & Cap Raise | | | | | | | | | | |
| Credit Card Lag | (1,273) | (1,126) | 623 | (924) | (2,498) | 2,717 | 732 | (2,728) | 1,667 | 27 |
| Beg cash- 9/18 | 42,500 | | | | | | | | | |
| | | | | | | | | | | |
| Total Expenses | (53,060) | (448,199) | (139,797) | (224,966) | (55,175) | (157,485) | (288,856) | (256,433) | (230,312) | (172,862) |
| | | | | | | | | | | |
| Net Cash flow | (0) | (348,219) | (65,777) | (112,446) | 161,445 | (54,085) | (215,976) | (69,893) | (113,232) | (56,922) |
| Cumulative Cash flow | (348,219) | (348,219) | (413,996) | (526,442) | (364,998) | (419,083) | (635,059) | (704,952) | (818,184) | (875,106) |

9/24/2013

Revised 09/24

**Sanibel Sundial Partners, LLC**
**15 Week Cash flow**
9/18 through 12/31/13

| | 4-Dec | 11-Dec | 18-Dec | 25-Dec | 1-Jan | Total |
|---|---|---|---|---|---|---|
| **Source** | | | | | | |
| Room revenue | 170,000 | 66,000 | 67,000 | 180,000 | 225,000 | 1,394,000 |
| 4025 · Resort Fees | 23,800 | 5,940 | 6,030 | 16,200 | 20,250 | 168,260 |
| F&B Revenue | 65,000 | 40,000 | 30,000 | 40,000 | 70,000 | 615,000 |
| Total source | 258,800 | 111,940 | 103,030 | 236,200 | 315,250 | 2,177,260 |
| | | | | | | |
| **Use** | | | | | | |
| 5030 · Food & Bev cost | (18,200) | (11,200) | (8,400) | (11,200) | (19,600) | (172,200) |
| 5061 · Local Call Expense | | (4,100) | | | | (12,300) |
| Bike rentals- 1 week lag | (994) | (2,380) | (594) | (603) | (1,620) | (14,601) |
| Wages | | (107,000) | | (120,000) | | (757,000) |
| 6101 · Contract labor | | | | | | - |
| Zupon | (6,900) | | | | (6,900) | (27,600) |
| Doyle | (6,750) | | | | (6,750) | (27,000) |
| AP Clerk/ Temp | (1,000) | (1,000) | (1,000) | (1,000) | (1,000) | (15,000) |
| 6114 · Holiday | | | | (5,000) | | (8,000) |
| 6119 · Payroll Taxes | | (10,486) | | (11,760) | - | (74,186) |
| 6122 · Health insurance | | (9,095) | - | (10,200) | - | (55,165) |
| 6123 · Workers Comp | | (2,955) | - | (3,314) | - | (26,908) |
| 6124 · Employee meals | (600) | (600) | (600) | (600) | (600) | (9,000) |

09-18-13 fs

9/24/2013

Revised 09/24

## Sanibel Sundial Partners, LLC
### 15 Week Cash flow
9/18 through 12/31/13

Page 5 of 6

| Account | 4-Dec | 11-Dec | 18-Dec | 25-Dec | 1-Jan | Total |
|---|---|---|---|---|---|---|
| 6205 · Cable/Satellite Television | (207) | | | | (207) | (828) |
| 6211 · China & Glass | (1,000) | | | | (1,000) | (4,000) |
| 6212 · Disposables F & B | (3,500) | | | | (3,500) | (14,000) |
| 6213 · Cleaning Supplies | (2,000) | | | | (2,000) | (8,000) |
| 6215 · Commissions - T/A | (2,600) | | | | (2,600) | (10,400) |
| 6219 · Credit Card Commissions | (14,773) | | | | | (39,382) |
| 6221 · Drug Testing | | | | | | (600) |
| 6223 · Dues And Subscriptions | | | (200) | | (650) | (1,300) |
| 6225 · Employee Relations | (600) | | | | | (2,500) |
| Maintenance Normal | | (10,000) | | | (10,000) | (70,000) |
| Maintenance Extra Ground floor | | | | | | (30,000) |
| Maintenance - rooms | - | (4,000) | | | | (24,000) |
| 6261 · Equipment Rental | (413) | | | | (413) | (1,652) |
| 6263 · Fuel | (1,200) | | | | (1,200) | (4,800) |
| 6265 · Guest Hospitality | (500) | (500) | (500) | (500) | (500) | (7,500) |
| 6269 · Guest Supplies | (2,000) | (2,000) | (2,000) | (2,000) | (2,000) | (28,000) |
| 6271 · Information Systems | (3,297) | (47) | | | (8,367) | (23,469) |
| 6273 · Laundry Dept. Expense | (24,000) | | | | | (72,000) |
| 6275 · Licenses And Permits | | | | | | (1,500) |
| 6277 · Linen Purchases | (500) | (500) | (7,000) | | | (14,000) |
| 6291 · Music And Entertainment | (6,000) | | | (5,000) | (5,000) | (23,600) |
| 6293 · Office Supplies | (250) | (250) | (250) | (250) | (250) | (3,500) |
| 6295 · Operating Supplies | (750) | (750) | (750) | (750) | (750) | (10,500) |
| 6299 · Payroll Processing | - | (1,732) | - | (1,943) | - | (12,256) |
| 6300 · Pest Control | (480) | | | | | (1,440) |
| 6301 · Postage | (125) | (125) | (125) | (125) | (125) | (1,750) |
| 6303 · Printing And Stationary | (800) | | | | | (2,400) |
| 6309 · Recruitment | (750) | | | | | (2,250) |
| 6311 · Reservation Expense | (15,688) | | | | | (41,326) |
| 6318 · Sevice Contracts | (800) | | | | | (2,400) |
| 6319 · Telecommunications | (1,500) | | | | | (4,500) |
| 6320 · Training | | (3,000) | | | | (9,000) |
| 6323 · Travel – M&E | (14,000) | | | | | (42,000) |
| 6325 · Uniforms | (1,000) | | | | | (3,000) |
| Sales and marketing - maintain | | (40,000) | | | | (131,787) |
| Sales and marketing - Bumper | | | | | (50,000) | (100,000) |
| 7401 · Util - Electricity | (2,000) | | (13,000) | | | (39,000) |
| 7403 · Util - Gas | | (1,000) | | | | (8,000) |
| 7405 · Util - Sewer | | | | (3,000) | | (10,300) |
| 7407 · Util - Water | | | | (2,600) | | (8,000) |
| 7410 · Util-Waste Removal | | | | | | (7,800) |

## Sanibel Sundial Partners, LLC
### 15 Week Cash flow
#### 9/18 through 12/31/13

Revised 09/24

| | 4-Dec | 11-Dec | 18-Dec | 25-Dec | 1-Jan | Total |
|---|---|---|---|---|---|---|
| 7451 · ILP Lease | | | | (144,000) | | (317,000) |
| 7453 · ILP SUN Lease | | | | (27,900) | | (61,400) |
| 7455 · IRP/lxrrp | | | | (46,600) | | (85,600) |
| Owner Business licenses | | | | | | (3,615) |
| 7465 · Lease-equipment | (3,000) | (3,000) | | | | (18,000) |
| 7467 · Ground Rent- Condo assoc | | | | | (8,670) | (17,340) |
| 7469 · Real Estate Taxes | | | | | | (101,000) |
| 7473 · Insurance-- GL | (30,566) | | | | (30,566) | (122,264) |
| 7581 · Base Management Fee | (12,311) | | | | (25,631) | (58,448) |
| Other Use | | | (2,800) | | | - |
| 7606 · Interest Expense | | | | | | (105,900) |
| Sept Sales Tax | | | | | | (15,000) |
| Capex | | | | | | - |
| 7892 · Legal / Audit Fees | (30,000) | | | | (30,000) | (149,800) |
| 7895 · Asset Mgmt Fee | (9,167) | | | | (9,167) | (36,668) |
| 7900 · Mgmt /Trans & Cap Raise | (30,000) | | | | (20,000) | (103,000) |
| Credit Card Lag | (3,429) | 3,525 | 214 | (3,196) | (1,897) | (7,566) |
| Beg cash- 9/18 | | | | | | 42,500 |
| Total Expenses | (253,150) | (212,196) | (37,005) | (401,541) | (250,963) | (3,182,001) |
| Net Cash flow | 5,650 | (100,256) | 66,025 | (165,341) | 64,287 | (1,004,741) |
| Cumulative Cash flow | (869,456) | (969,712) | (903,687) | (1,069,028) | (1,004,741) | |

09-18-13 fs

9/24/2013

# EXHIBIT C

Benchmark General Contractors, Inc.
16836 McGregor Blvd.
Fort Myers, FL 33908

Benchmark General Contractors, Inc.
c/o Jeffrey Rice, Esq.
P.O. Box 2366
Fort Myers, FL 33902-2366

Beverly's Tropical Glass Design, Inc.
4711 Pineridge Rd. Ext.
Naples, FL 34119

BSSW Architects, Inc.
1500 Jackson St., #200
P.O. Box 2366
Fort Myers, FL 33901

BSSW Architects, Inc.
c/o Jeffrey Rice, Esq.
P.O. Box 2366
Fort Myers, FL 33902-2366

Kirkwood Electric, Inc.
1018 SE 12 Court
Cape Coral, FL 33990

Matern Professional Engineering, Inc.
130 Candace Dr.
Maitland, FL 32751-3331

Miller Flooring, Inc.
1600 S. Bayshore Lane, #8C
Miami, FL 33133

Raber Industries, Inc.
2190 Sebastian Ct.
Alva, FL 33920

Raber Industries, Inc.
c/o Michael Kayusa, Esq.
P.O. Box 2237
Fort Myers, FL 33902

Raymond Building Supply Corp.
7751 Bayshore Rd. N.
North Fort Myers, FL 33917

Sanibel Captiva Community Bank
Attn: Hope Goodrich, Sr. Loan Administrator
2475 Library Way
Sanibel, FL 33957

Sunbelt Rentals, Inc.
314 W. Landstreet Rd.
Orlando, FL 32824

Ted Ney Drywall and Stucco, Inc.
15270 Thornton Rd.
Fort Myers, FL 33908

Wausau Tile, Inc.
P.O. Box 1520
Minneapolis, MN 55402-1520

Secured Creditor Matrix

Anthony Brunsing
P.O. Box 68
Lake View, NY 14085

Beverly J. Kuperman
9 Sterling Forest Lane
Suffern, NY 10901

Carl Neumann
16949 Imperial Circle
Naperville, IL 60563

CoreStates Realty Group, LLC
c/o Casla Partners LP
154 Grand St.
New York, NY 10013

Crown Linen
3235 NW 62nd Street
Miami, FL 33147

David & Mary Beth Cox
20188 N. 1170th Street
Marshall, IL 62441

Delphi Beta Fund
115 Pheasant Run, #112
Newtown, PA 18940

Gary Sweetman
7820 Senrab Drive
Bradenton, FL 34209

Hogan Properties
1000 North 14th Street
Saint Louis, MO 63106

Kenneth & Anne Marnocha
7322 Hunt Club Drive
Zionsville, IN 46077

Launch Interactive
575 Lynnhaven Pkwy, Ste 300
Virginia Beach, VA 23452

Meridian Group
575 Lynnhaven Pkwy, 3rd Floor
Virginia Beach, VA 23452

Paul D. Allen
1181 Oxford Valley Road
Yardley, PA 19067

Ralph Anderson
P.O. Box 966
Bedford, IN 47421

Scott Bridge
7127W. Harness Lane
Columbus, IN 47201

Steve Gordon
314 Highgate Drive
Slingerlands, NY 12159

TravelClick
PO Box 71199
Chicago, IL 60694-1199

Wage Lighting & Design
401 Bustleton Ave.
Feasterville Trevose, PA 19053

William & Mary Taylor
2809 12th Street NW
Waverly, IA 50677

William O'Donnell
391 Grape Hollow Rd.
Holmes, NY 12531

20 Largest Matrix